**No. 11-433. The Jewish Home of Eastern Pennsylvania, Petitioner v. Department of Health and Human Services.**

565 U.S. 1079, 132 S. Ct. 837, 181 L. Ed. 2d 527, 2011 U.S. LEXIS 8695.

December 5, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 413 Fed. Appx. 532.

**No. 11-439. Donald McKinley, et al., Petitioners v. Greg Abbott, Attorney General of Texas.**

565 U.S. 1079, 132 S. Ct. 825, 181 L. Ed. 2d 527, 2011 U.S. LEXIS 8719.

December 5, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 643 F.3d 403.

**No. 11-495. Michael Nelson, aka Michael Alexander Nelson, Petitioner v. New Jersey.**

565 U.S. 1080, 132 S. Ct. 826, 181 L. Ed. 2d 527, 2011 U.S. LEXIS 8792.

December 5, 2011. Petition for writ of certiorari to the Superior Court of New Jersey, Appellate Division, denied.

**No. 11-519. David E. Conwill, Petitioner v. Mississippi.**

565 U.S. 1080, 132 S. Ct. 826, 181 L. Ed. 2d 527, 2011 U.S. LEXIS 8728,

December 5, 2011. Petition for writ of certiorari to the Circuit Court of Mississippi, Madison County, denied.

**No. 11-531. Edgar Jamal Gamory, Petitioner v. United States.**

565 U.S. 1080, 132 S. Ct. 826, 181 L. Ed. 2d 527, 2011 U.S. LEXIS 8806.

December 5, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 635 F.3d 480.

**No. 11-563. Antonio Quinones, Petitioner v. United States.**

565 U.S. 1080, 132 S. Ct. 830, 181 L. Ed. 2d 527, 2011 U.S. LEXIS 8729.

December 5, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 635 F.3d 590.

**No. 11-572. Countrywide Financial Corporation, et al., Petitioners v. David H. Luther, et al.**

565 U.S. 1080, 132 S. Ct. 832, 181 L. Ed. 2d 527, 2011 U.S. LEXIS 8743.

December 5, 2011. Petition for writ of certiorari to the Court of Appeal of California, Second Appellate District, denied.

Same case below, 195 Cal. App. 4th 789, 125 Cal. Rptr. 3d 716.